# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re *Draco Resources, Inc.*  
    *a California Corporation*

Case No.  
Chapter *11*

_____,  
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Metamining Inc.*<br><br>*Ste. 315*<br>*Foster City CA 94404* | Phone:<br>*Metamining Inc.*<br>*1067 E. Hillsdale Blvd.*<br>*Ste. 315*<br>*Foster City CA 94404* | | | $ 1,475,904.69 |
| 2<br>*Kelson Management Inc.*<br>*1010 Moffett Circle*<br>*Palo Alto CA 94303* | Phone:<br>*Kelson Management Inc.*<br>*1010 Moffett Circle*<br>*Palo Alto CA 94303* | | | $ 1,355,000.00 |
| 3<br>*Metawise Group Inc.*<br><br>*Suite 318*<br>*Foster City CA 94404* | Phone:<br>*Metawise Group Inc.*<br><br>*1065 Hillsdale Blvd., Ste.*<br>*Foster City CA 94404* | | Value:<br>Net Unsecured: | $ 624,423.25<br>$ 0.00<br>$ 624,423.25 |
| 4<br>*Xufang Yan*<br>*1157 Barriolhet Dr.*<br>*Hillsborough CA 94010* | Phone:<br>*Xufang Yan*<br>*1157 Barriolhet Dr.*<br>*Hillsborough CA 94010* | | | $ 250,000.00 |
| 5<br>*China Direct Investment, Inc.*<br>*431 Fairway Dr., Ste. 200*<br>*Deerfield Beach FL 33441* | Phone:<br>*China Direct Investment, Inc.*<br>*431 Fairway Dr., Ste. 200*<br>*Deerfield Beach FL 33441* | | Value:<br>Net Unsecured: | $ 200,000.00<br>$ 0.00<br>$ 200,000.00 |

B4 (Official Form 4) (12/07)

_____,
                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Songqiang Chen_, _CEO_ of the _Corporation_ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _11/13/2014_     Signature _/s/ Songqiang Chen_
                      Name: _Songqiang Chen_
                      Title: _CEO_