Entered on Docket
October 05, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 4, 2017

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Counsel for Chapter 7 Trustee
ANDREA A. WIRUM

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>DRACO RESOURCES, INC.,<br><br>Debtor. | Case No. 14-31654 DM<br><br>Chapter 7<br><br>**ORDER RESERVING ASSETS FROM ABANDONMENT** |

On the basis of the Application for Order Reserving Assets from Abandonment ("Application"), due and proper notice having been given, no objection having been filed, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved.

2. Judgments in the following adversary proceedings are reserved from abandonment under 11 U.S.C. § 554(c):.

| Title | A.P. No. | Judgment Amount | Date Entered |
|---|---|---|---|
| *Wirum v. China Direct Investments, Inc.* | 16-03010 DM | $210,679.04 | March 25, 2016 |

| | | | |
|---|---|---|---|
| *Wirum v. Metamining Nevada, Inc.* | 16-03034 DM | $50,000.00 | October 17, 2016 |
| *Wirum v. Metawise Group Alabama, Inc.* | 16-03035 DM | $1,870,000.00 | June 21, 2016 |
| *Wirum v. Spiro Mining, LLC* | 16-03038 DM | $100,000.00 | October 17, 2016 |
| *Wirum v. Sunrise Dragon International, Inc.* | 16-03039 DM | $50,000.00 | July 5, 2016 |

**\*\*\* END OF ORDER \*\*\***

# COURT SERVICE LIST

[All parties entitled to service are ECF registered in this case.]