In re: DRACO RESOURCES, INC., A CALIFORNIA   §   Case No. 14-31654-DM
§
§
Debtor(s)                                                                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on November 13, 2014.  The undersigned trustee was appointed on July 20, 2015.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $          167,351.49

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 78.97 |
| Bank service fees | 3,604.61 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $          163,667.91
The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 11/23/2015 and the deadline for filing governmental claims was 05/12/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,617.57.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $11,617.57, for a total compensation of $11,617.57.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $39.04, for total expenses of $39.04.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/07/2017            By:/s/Andrea Wirum Chapter 7 Trustee
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-31654-DM | **Trustee:** (001220) Andrea Wirum Chapter 7 Trustee |
| **Case Name:** DRACO RESOURCES, INC., A CALIFORNIA | **Filed (f) or Converted (c):** 07/20/15 (c) |
| | **§341(a) Meeting Date:** 08/25/15 |
| **Period Ending:** 12/07/17 | **Claims Bar Date:** 11/23/15 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Security deposit with landlord    Not collectible as there is a balance due on the lease from the Chapter 11 period | 600.00 | 0.00 | | 0.00 | FA |
| 2 | Loan receivable from China Direct Investment, In    Counsel has made a demand for payment  January 2016 see new asset 8 I have applied for a default judgment in the lawsuit | 200,000.00 | 0.00 | | 0.00 | FA |
| 3 | Loan receivable from Metawise Group Inc.    Metawise Group filed a Chapter 11 bankruptcy case .  14-31652    I obtained permission to file a late claim in the case because neither debtor nor debtor's counsel had done so - claim has been reserved from abandonment per order  docket 70 | 624,423.25 | Unknown | | 0.00 | FA |
| 4 | Income tax pre-payment    applied to taxes owing | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Office furniture and computers, etc.    order to abandon doc #37 | 3,896.75 | 0.00 | OA | 0.00 | FA |
| 6 | Fraudulent conveyance claim ag Greenfield Multis  (u)    Order approving doc #168 in the Metawise Group Case. 14-31652 | 35,000.00 | 35,000.00 | | 35,000.00 | FA |
| 7 | Potential prefernce claims ag listed parties  (u)    See below AP's | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 8 | AP Wirum v China Direct  Breach of Contract  (u)    Levied on only bank account after obtaining default judgment.  Will not be able to obtain any further recovery through any cost effective means so reserving from abandonment in case something can be recovered in future Docket 65 | 200,000.00 | 200,000.00 | | 8,851.49 | FA |
| 9 | Reimbursement of Ch 7 Trustee's atty fees  (u) | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 10 | AP Wirum v Akerman  (u)    compromise amount order doc #61 | 100,000.00 | 100,000.00 | | 33,500.00 | FA |
| 11 | AP Wirum v Barron & Reeding  (u) | 225,000.00 | 225,000.00 | | 69,000.00 | FA |
| 12 | AP Wirum v Metamining Nevada  (u) | 50,000.00 | 50,000.00 | | | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-31654-DM

**Case Name:** DRACO RESOURCES, INC., A CALIFORNIA

**Period Ending:** 12/07/17

**Trustee:** (001220) Andrea Wirum Chapter 7 Trustee

**Filed (f) or Converted (c):** 07/20/15 (c)

**§341(a) Meeting Date:** 08/25/15

**Claims Bar Date:** 11/23/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Reserving from abandonment see Docket 65 | | | | | |
| 13 | AP Wirum v Matawise Group Alabama (u)<br>Reserving from abandonment see Docket 65 | 1,870,000.00 | 1,870,000.00 | | 0.00 | FA |
| 14 | AP Wirum v Pearlman Schneider (u)<br>compromise order doc #58 | 50,000.00 | 50,000.00 | | 20,000.00 | FA |
| 15 | AP Wirum v Scalar Consulting (u)<br>dissmissed | 55,000.00 | 55,000.00 | | 0.00 | FA |
| 16 | AP Wirum v Spiro Mining (u)<br>Reserving from abandonment see Docket 65 | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 17 | AP Wirum v Sunrise Dragon (u)<br>Reserving from abandonment see docket 65 | 2,000,000.00 | 2,000,000.00 | | 0.00 | FA |
| 17 | **Assets** Totals (Excluding unknown values) | **$5,615,720.00** | **$4,786,000.00** | | **$167,351.49** | **$0.00** |

**Major Activities Affecting Case Closing:**

9/13/17  Attorney has filed notice of retention of judgments from abandonment

8/28/2017  Sign and return final tax returns to accountant.  Contacted attorney re reserving judgments from abandonment

3/31/17  Will be perfecting judgment in Oklahoma and may be reserving both judgments from abandonment

12/28/16  Judgments obtained against Spiro Mining and Metamining Nevada.  Both own real property out of state.  Determining next steps and whether cost effective to follow up on collection.  Estate has a claim in the Metamining case which is also why the case needs to remain open in order to determine if there will be any distribution on that claim.

9/12/16  2015 tax returns sent to accountant

3/21/16  Counsel has provided recommendation for various APs to be filed and I have accepted those recommendations so they will begin working on the various APs

3/14/16  Applying for a default judgment in the China Direct AP

1/28/16 Attorney has advised etter is going out to various professionals who were paid by Draco within preference period so we can analyze whether they have valid defenses

1/22/16  Attorney  has made demand on China Direct and we are investigating other potential causes of action

11/20/15 Draco and Medawise jointly consolidated revoked

Case: 14-31654    Doc# 74    Filed: 12/11/17    Entered: 12/11/17 14:17:50    Page 4 of 12

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-31654-DM | **Trustee:** (001220) Andrea Wirum Chapter 7 Trustee |
| **Case Name:** DRACO RESOURCES, INC., A CALIFORNIA | **Filed (f) or Converted (c):** 07/20/15 (c) |
| | **§341(a) Meeting Date:** 08/25/15 |
| **Period Ending:** 12/07/17 | **Claims Bar Date:** 11/23/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

11/17/15  We have obtained certain documents which we have been seeking although many documents have not been produced.  Counsel has been informed that Randy Sugarman was able to look at the information on the computers and it is essentially useless and unuseable.  We have continued the 341 hearing a number of times because we are trying to obtain the additional documents necessary to complete the examination.  The 341 hearings are conducted with a Mandarin interpreter and it is difficult and cumberson to obtain information because the debtor's representative claims he does not remember many things.

09/14/15 counsel is beginning to investigate the transfers listed in the SOFA

**Initial Projected Date Of Final Report (TFR):**      December 31, 2017          **Current Projected Date Of Final Report (TFR):**      November 5, 2017  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-31654-DM | **Trustee:** Andrea Wirum Chapter 7 Trustee (001220) |
| **Case Name:** DRACO RESOURCES, INC., A CALIFORNIA | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******6866 - Checking Account |
| **Taxpayer ID #:** **-***8389 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 12/07/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/12/15 | {6} | SheppardMullin related to GreenTree Multistate settlement | Payment from SheppardMullin trust account but related to GreenTree Multistate settlement | 1241-000 | 35,000.00 | | 35,000.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.17 | 34,974.83 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.33 | 34,919.50 |
| 01/18/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #14-31654, Bond #016048574 | 2300-000 | | 16.58 | 34,902.92 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.42 | 34,854.50 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.32 | 34,806.18 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.92 | 34,751.26 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.18 | 34,703.08 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.11 | 34,654.97 |
| 06/20/16 | {8} | DuaneMorris | payment from China Direct | 1249-000 | 8,276.49 | | 42,931.46 |
| 06/22/16 | {9} | McNutt Law Group | reimbursement of Ch 7 Trustee's Atty fees per stipulation AP 16-03038 | 1290-000 | 1,000.00 | | 43,931.46 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.58 | 43,872.88 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.83 | 43,812.05 |
| 08/01/16 | {14} | Pearlman Schneider LLP | Settlement payment | 1241-000 | 10,000.00 | | 53,812.05 |
| 08/11/16 | {8} | Regent Bank | garnishment | 1249-000 | 575.00 | | 54,387.05 |
| 08/22/16 | {10} | Akerman LLP | compromise settlement payment order doc #61 | 1241-000 | 33,500.00 | | 87,887.05 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.19 | 87,790.86 |
| 09/06/16 | {11} | Barron & Redding | Settlement payment | 1241-000 | 69,000.00 | | 156,790.86 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 201.80 | 156,589.06 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.12 | 156,371.94 |
| 11/16/16 | {14} | Pearlman Schneider LLP | Settlement payment | 1241-000 | 10,000.00 | | 166,371.94 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 245.49 | 166,126.45 |
| 12/22/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/22/2016 FOR CASE #14-31654, Bond #016048574 | 2300-000 | | 62.39 | 166,064.06 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.29 | 165,825.77 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 254.37 | 165,571.40 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.27 | 165,349.13 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 245.75 | 165,103.38 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 221.64 | 164,881.74 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 260.87 | 164,620.87 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.78 | 164,384.09 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.56 | 164,155.53 |

| | | Subtotals : | $167,351.49 | $3,195.96 | |
|---|---|---|---|---|---|

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 14-31654-DM |
| Case Name: | DRACO RESOURCES, INC., A CALIFORNIA |
| Taxpayer ID #: | **-***8389 |
| Period Ending: | 12/07/17 |

| | |
|---|---|
| Trustee: | Andrea Wirum Chapter 7 Trustee (001220) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******6866 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.74 | 163,895.79 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.88 | 163,667.91 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 167,351.49 | 3,683.58 | **$163,667.91** |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 167,351.49 | 3,683.58 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$167,351.49** | **$3,683.58** | |

| | |
|---|---|
| Net Receipts : | 167,351.49 |
| Net Estate : | $167,351.49 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6866** | **167,351.49** | **3,683.58** | **163,667.91** |
| | **$167,351.49** | **$3,683.58** | **$163,667.91** |

# Exhibit "C"  Claims Register

## Case:  14-31654-DM    DRACO RESOURCES, INC., A CALIFORNIA

Claims Bar Date:    11/23/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 -2 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/04/14 | 8389<br><br>Amended to zero on 2-17-15 | $0.00<br>$0.00 | $0.00 | $0.00 |
| 2 -2 | Meijin Energy Group Co., Ltd.<br>c/o Kevin M. Eckhardt,Hunton & Williams<br>LLP,550 South Hope Street,Suite 2000<br>Los Angeles, CA 90071-2726<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/13/15 | | $7,925,169.98<br>$7,925,169.98 | $0.00 | $7,925,169.98 |
| 3 | Office of the United States Trustee (ADMINISTRATIVE)<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104<br><2950-00  U.S. Trustee Quarterly Fees>,  200 | Admin Ch.  7<br>08/20/15 | | $974.44<br>$974.44 | $0.00 | $974.44 |
| 4 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/05/15 | 0001 | $317.80<br>$317.80 | $0.00 | $317.80 |
| 5 | Metawise Group, Inc.<br>The Official Committee of Unsecured Cred<br>c/o Sheppard, Mullin, Richter & Hampton,<br>17th Floor, CA<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/23/15 | no amount claimed | $0.00<br>$0.00 | $0.00 | $0.00 |
| A1 | Andrea Wirum<br>P.O. Box 1108<br>Lafayette, CA 94549<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>07/20/15 | | $11,617.57<br>$11,617.57 | $0.00 | $11,617.57 |
| A2 | Andrea Wirum Chapter 7 Trustee<br>P.O. Box 1108<br>Lafayette, CA 94549<br><2200-00  Trustee Expenses>,  200 | Admin Ch.  7<br>07/20/15 | | $39.04<br>$39.04 | $0.00 | $39.04 |
| B1 | DUANE MORRIS<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1104<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>07/20/15 | | $0.00<br>$124,571.43 | $0.00 | $124,571.43 |

# Exhibit "C"  Claims Register

## Case:  14-31654-DM    DRACO RESOURCES, INC., A CALIFORNIA

Claims Bar Date:   11/23/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| B2 | DUANE MORRIS<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1104<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7<br>07/20/15 | | $0.00<br>$5,850.46 | $0.00 | $5,850.46 |
| C1 | Kokjer, Pierotti, Maiocco & Duck, LLP<br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104<br><3310-00   Accountant for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>07/20/15 | | $0.00<br>$5,474.50 | $0.00 | $5,474.50 |
| C2 | Kokjer, Pierotti, Maiocco & Duck, LLP<br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104<br><3320-00   Accountant for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7<br>07/20/15 | | $0.00<br>$140.47 | $0.00 | $140.47 |
| BOND | INTERNATIONAL SURETIES, LTD.<br>One Shell Square<br>701 Poydras Street Suite 420<br>New Orleans, LA 70139<br><2300-00   Bond Payments>,  200 | Admin Ch.  7<br>07/20/15 | | $78.97<br>$78.97 | $78.97 | $0.00 |
| | | | Case Total: | | $78.97 | $8,074,155.69 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-31654-DM
Case Name: DRACO RESOURCES, INC., A CALIFORNIA
Trustee Name: Andrea Wirum Chapter 7 Trustee

**Balance on hand:**          $          163,667.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:          $          0.00
Remaining balance:          $          163,667.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Andrea Wirum | 11,617.57 | 0.00 | 11,617.57 |
| Trustee, Expenses - Andrea Wirum Chapter 7 Trustee | 39.04 | 0.00 | 39.04 |
| Attorney for Trustee, Fees - DUANE MORRIS | 124,571.43 | 0.00 | 124,571.43 |
| Attorney for Trustee, Expenses - DUANE MORRIS | 5,850.46 | 0.00 | 5,850.46 |
| Accountant for Trustee, Fees - Kokjer, Pierotti, Maiocco & Duck, LLP | 5,474.50 | 0.00 | 5,474.50 |
| Accountant for Trustee, Expenses - Kokjer, Pierotti, Maiocco & Duck, LLP | 140.47 | 0.00 | 140.47 |
| Fees, United States Trustee | 974.44 | 0.00 | 974.44 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 78.97 | 78.97 | 0.00 |

Total to be paid for chapter 7 administration expenses:          $          148,667.91
Remaining balance:          $          15,000.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:          $          0.00
Remaining balance:          $          15,000.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 15,000.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,925,487.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 2 -2 | Meijin Energy Group Co., Ltd. | 7,925,169.98 | 0.00 | 14,999.40 |
| 4 | American InfoSource LP as agent for | 317.80 | 0.00 | 0.60 |
| 5 | Metawise Group, Inc. | 0.00 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 15,000.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00